AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Mar 17, 2026

SEAN F. McAVOY, CLERK

MORTIFERUM LEE KARMA

*Plaintiff*

v.

TIM LANG, RON HAYNES, DUNN, BRANSON, DESHAZER, KERR M, EDDY, RICHARDSON, RYGG A, DUKE H, ALICIA SANCHEZ, KEGERREIS, BRANDON RELLY, LANDIS, PACE, MOONEN, HOLMES, NEIL CHRISTENSON, KELLY MONTGOMERY, WISE, STEVE EWING, JACKSON CS, and KORNICHUCK

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:25-cv-338-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Court Order at ECF No 47, Plaintiff's Second Amended Complaint, ECF No. 40, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2). Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea.

Date:   3/17/2026 _____

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*